**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIAN MCKINNEY,** | : | **CIVIL ACTION NO. 1:17-CV-2024** |
| a/k/a Celena McKinney, | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SUPREME MID-ATLANTIC** | : | |
| **CORPORATION and JOHN** | : | |
| **SHUYLER, individually,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of November, 2018, upon consideration of the

motion (Doc. 7) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed

by defendant Supreme Mid-Atlantic Corporation ("Supreme"), and for the reasons

stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 7) to dismiss is GRANTED in its entirety. The following claims against Supreme are dismissed without prejudice: retaliation under Section 1981 as well as discrimination, retaliation, and aiding and abetting under the PHRA. The claims of discrimination and retaliation under Title VII are dismissed with prejudice.

2. Plaintiff shall be permitted to file an amended complaint within twenty-one (21) days of the date of this order, consistent with the above paragraph and the accompanying memorandum. In the absence of a timely filed amended complaint, the above-captioned action shall proceed against Supreme on Count I of plaintiff's original complaint.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania